UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. LYMAN HYDE, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>LOANCARE, LLC,<br><br>                                   Defendant. | Case No.: 3:18-cv-00574-GPC-JMA<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL**<br><br>[ECF No. 3] |

Plaintiff has filed a notice seeking dismissal of this case without prejudice. (ECF No. 3.)  No defendant has served an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  As a result, the Court respectfully requests the Clerk of Court to close the case.

**IT IS SO ORDERED.**

Dated: June 1, 2018

Hon. Gonzalo P. Curiel
United States District Judge